**Thomas Sidney LANGHAM v. STATE.**
No. 16219.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for felony theft; punishment being two years in the penitentiary.

Appellant has filed his affidavit advising this court that he desires to withdraw his appeal and does not wish further to prosecute the same.

In compliance with his request, the appeal is ordered dismissed.

**Jake LEONARD v. STATE.**
No. 16041.

Court of Criminal Appeals of Texas.
June 7, 1933.

Rehearing Denied Oct. 18, 1933.

W. B. Thomas, of Groveton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for murder; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appearing regular, the judgment will be affirmed.

**Herbert W. McBRIDE v. STATE.**
No. 16052.

Court of Criminal Appeals of Texas.
Oct. 25, 1933.

See, also, 51 S.W.(2d) 337.

E. S. Allen and C. W. Goerte, both of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for five years.

The indictment appears regular and regularly presented. No statement of facts accompanies the record. No matter is set up by bills of exception or otherwise which require discussion or which warrant a reversal.

The judgment is therefore affirmed.

**Harvey McVEY v. STATE.**
No. 16096.

Court of Criminal Appeals of Texas.
June 14, 1933.

Rehearing Denied Oct. 18, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, Judge.

The offense, selling intoxicating liquor; the punishment, one year in the penitentiary.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.